DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER MERRIL LIVA,**
Appellant,

v.

**JAMIE LYNN WILLARD,**
Appellee.

No. 4D2024-2892

[March 12, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Sandy Karlan, Judge; L.T. Case No. 2019DR002326.

Cindy A. Crawford of The Law Office of Cindy A. Crawford, Palm Beach Gardens, for appellant.

Amanda B. Haberman and Lili Loebl of Kaplan Loebl, PLLC, Aventura, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***